UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                   :

WARREN ZINNAMON, on behalf of himself  :
and all others similarly situated
                                                     :

                                      Plaintiff,       :          22-CV-3730 (VSB)

                          -against-             :          **ORDER**

ALLDAYSHIRTS.COM, LLC,              :

                                  Defendants.  :
------------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  January 18, 2023
           New York, New York

                                                                           Vernon S. Broderick
                                                                           United States District Judge